UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NYC TROPICAL HOUSE INC.,

                Plaintiff,

-v-

G&M PRODUCE INC., GM PRODUCE INC., G&M TROPICAL PRODUCE INC., CITY DISTRIBUTORS LLC, GILL A. FERNANDEZ, *and* JASMINE CRUZ,

                Defendants.

24 Civ. 4331 (PAE)

ORDER TO SHOW CAUSE

---

PAUL A. ENGELMAYER, District Judge:

On June 7, 2024, plaintiff filed the complaint in this case. Dkt. 1. On December 16, 2024, the Court issued an order to show cause, by December 30, 2024, as to why plaintiff failed to serve the complaint and summons on defendants within the 90-day deadline pursuant to Federal Rule of Civil Procedure 4(m). Dkt. 5. On December 23, 2024, plaintiff advised the Court that it was endeavoring to locate defendants' current addresses, and asked the Court to extend plaintiff's deadline to effect service upon defendants through January 31, 2025. Dkt. 6. The Court granted this extension request. Dkt. 7.

On January 16, 2025, plaintiff served defendants with process. *See* Dkt. 8. On April 23, 2025, plaintiff obtained certificates of default as to each defendant. Dkts. 33–38. On July 15, 2025, plaintiff filed a motion for default judgment and supporting papers. Dkts. 39–44.

Plaintiff's papers in support of its motion are in good order. If any defendant wishes to oppose the motion, its counsel shall enter a notice of appearance prior to September 16, 2025 and file an opposition on ECF, explaining why a default judgment is not warranted, by September 16, 2025.

1

2

Plaintiff is to serve this order, and the papers in support of plaintiff's motion for a default judgment, on defendants forthwith and file proof of this service no later than September 5, 2025.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: August 26, 2025
         New York, New York