THE FIERST LAW GROUP, P.C.
Timothy J. Fierst (tf:3247)
*Counsel for Plaintiff* NYC TROPICAL HOUSE INC.
462 Sagamore Avenue, Suite 2
East Williston, New York, 11596
516.586.4221

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

NYC TROPICAL HOUSE INC.                            Index No. 1:24-cv-04331-PAE

                Plaintiff,

                                **DEFAULT JUDGMENT**

     -against-
                                **[Fed.R.Civ.P.55 (b) (2)]**

G & M PRODUCE INC., GM PRODUCE INC, G & M
TROPICAL PRODUCE INC., CITY DISTRIBUTORS
LLC, GILL A. FERNANDEZ and JASMINE CRUZ
individually and in any corporate capacity.

                 Defendants.
------------------------------------------------------------- X

Upon consideration of Plaintiff's motion for entry of a default judgment against the

Defendants G & M PRODUCE INC ("G & M "), GM PRODUCE INC ("G M"), G & M

TROPICAL PRODUCE INC ("G & M TROPICAL"), CITY DISTRIBUTORS LLC ("CITY

DISTRIBUTORS"), GILL A. FERNANDEZ ("GILL") and JASMINE CRUZ ("CRUZ")

(Collectively referred to as the Defendants), the Declaration of Timothy J. Fierst, Esq., dated

June 18, 2025, the Declaration of Lee Pakulsky dated June 18, 2025, and the exhibits annexed

thereto, the Memorandum in Support of Plaintiff's Motion for Default Judgment Against

Defendants G & M , G M, G & M TROPICAL, CITY DISTRIBUTORS, GILL and CRUZ , and

upon consideration of the Plaintiff 's motion and there being no opposition thereto, and it

appearing to the Court that the Defendants G & M , G M, G & M TROPICAL, CITY

1

DISTRIBUTORS, GILL and CRUZ have failed to plead or otherwise defend in this action; and that a principal balance in the amount of $117,009.85 is due plaintiff NYC TROPICAL HOUSE INC. pursuant to the parties' contract, and that Plaintiff has the right to recover against Defendants G & M , G M, G & M TROPICAL, CITY DISTRIBUTORS, GILL and CRUZ , jointly severally, pursuant to Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499(e)(a-c) ("PACA"), it is hereby

**ORDERED,** that Plaintiff's motion for entry of a default judgment be, and the same is hereby granted and it is further

**ORDERED, ADJUDGED AND DECREED,** that judgment is hereby entered in favor of Plaintiff, NYC TROPICAL HOUSE INC., 1341 Garrison Avenue, Bronx, NY 10474, and against G & M PRODUCE INC, 581 Austin Place, Bronx, NY 10455, GM PRODUCE INC, 60 Kathryn Drive, Bridgeport, CT 06610, G & M TROPICAL PRODUCE INC, 735 Walton Avenue, Apt. F-17, Bronx, NY 10451, CITY DISTRIBUTORS LLC, 31 Woodbridge Drive, Suffield, CT 06070, GILL A. FERNANDEZ, 581 Austin Place, Bronx, NY 10455 and against the defendant JASMINE CRUZ, 581 Austin Place, Bronx, NY 10455, jointly and severally in the principal amount of $117,009.85, interest at the legal rate of 9%, in the amount of $ 33,987.35 from October 13, 2022 through the date of entry Judgment, attorneys' fees in the amount of $2,800.00 and cost in the amount of $400 and Plaintiff have execution therefor, and it is further

**ORDERED, ADJUDGED AND DECREED** that the stay imposed by Fed. R. Civ. P. 62 (a) is hereby vacated. The plaintiff may immediately execute upon this judgment, and the

2

The clerk shall immediately issue an abstract of judgment upon the Plaintiff's proper application therefor.

ENTERED, this __2__ day of __January, 2026__

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

3